## EX PARTE NEVÁREZ.

## APPLICATION for a Writ of Habeas Corpus.

No. 44.—Decided February 8, 1905.

HABEAS CORPUS—ILLEGAL IMPRISONMENT—COPY OF JUDGMENT.—The detention of a prisoner under a judgment rendered against him, without complying with the provisions of section 327 of the Code of Criminal Procedure, is illegal, and he will be discharged from custody on *habeas corpus*.

### STATEMENT OF THE CASE.

It was alleged in the petition filed in the above entitled case, as one of the grounds upon which, in the opinion of petitioner, he should be released from jail under *habeas corpus* proceedings, that:

"The petitioner has been unlawfully imprisoned and deprived of his liberty in the municipal jail of the town of Bayamón, under the custody of José Fuente, warden of said jail, and that it is impossible to determine upon whose authority, as there is no order or warrant whatsoever in the office of the said warden relative to the imprisonment of petitioner."

The writ of *habeas corpus* was issued and served and the warden of the jail of Bayamón set forth, in his return, among other facts, the following:

"That the said Luís Nevárez is imprisoned under my custody as he was turned over to me in the jail of Bayamón by Ramón Salgado, marshal of the Municipal Court of Bayamón, on the morning of the

3d instant (February) ; and because he, the said marshal, upon delivering the prisoner in the jail as aforesaid stated that the said prisoner was to remain there until he (the marshal) should take him to San Juan to serve the penalty imposed upon him, as he was fined by the court in the amount of $500.''

*Mr. Figueroa,* for petitioner.
*Mr. Rossy, Fiscal,* for The People.

OPINION OF THE COURT.

A hearing was had in these *habeas corpus* proceedings in pursuance of the writ issued on the 6th instant, and as it appears therefrom that the petitioner is under restraint by judgment rendered by the Municipal Court of Bayamón, and as it is not shown that the provisions of section 327 of the Code of Criminal Procedure have been complied with, the application for his release is hereby granted, and therefore it is ordered that the said Luis Nevárez, the petitioner herein, be henceforth discharged.

*So ordered.*

Chief Justice Quiñones, and Justices Hernández, Figueras, MacLeary and Wolf concurred.